No. 84–438. SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT WALPOLE v. HILL ET AL. Sup. Jud. Ct. Mass. [Certiorari granted, *ante*, p. 1016.] Motion for appointment of counsel granted, and it is ordered that Jamie Ann Sabino,

of Wellesley, Mass., be appointed to serve as counsel for respondents in this case.